UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60939-CIV-SMITH

DESIREE DEMAIO,

    Plaintiff,

v.

AEROGROW INTERNATIONAL, INC.,

    Defendant.

_____/

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Joint Stipulation of Dismissal [DE 10]. Upon consideration, it is

    **ORDERED** that:

1. Plaintiff's claims against Defendant, and Defendant's counterclaims against Plaintiff, are **DISMISSED with prejudice**.

2. The parties shall bear their own attorneys' fees and costs.

3. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 20th day of June, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record